UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:22-CR-00183-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACQUE PIERRE YOUNG (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Pending before the Court is a Motion to Vacate, Correct, or Set Aside Sentence under 28 U.S.C. § 2255 filed by Defendant, Jacque Pierre Young ("Young") [Doc. No. 55]. The United States of America (the "Government") filed a response [Doc. No. 60].

"A motion brought under 28 U.S.C. § 2255 can be denied without a hearing only if the motion, files, and records of the case conclusively show that the prisoner is entitled to no relief." *United States v. Bartholomew*, 974 F.2d 39, 41 (5th Cir.1992).

Young asserts in his § 2255 Motion and accompanying memorandum that he relied on his attorney's advice, which allegedly assured him that there would not be an enhancement of his sentence beyond being a career offender when he voluntarily entered into the plea agreement.[1] At sentencing, both the defense attorney and the Government endeavored to clarify to Young that, what was agreed to was that the Government had agreed not to file an information under 21 U.S.C. § 851.[2] Despite this, Young stated at the sentencing that he "should have known that before [he] signed the paperwork because that would have changed the decision on [him] signing

---

[1] [Doc. No. 55-1, p. 3].
[2] [Doc. No. 60, p. 1].

the plea bargain."[3] This Court indicated sentencing would proceed, but that the Court would review the plea agreement and bring Young back if necessary.[4] Now, Young has filed this Motion, and the Court has determined that, in the interest of ensuring a comprehensive record, a hearing is warranted to develop the facts underlying Young's claim. Accordingly,

**IT IS ORDERED** that a hearing be set for November 24, 2025, at 10:00 a.m. before the undersigned.

MONROE, LOUISIANA, this 4th day of November 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[3] [Doc. No. 50, p. 4].
[4] [Id.].